IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AMPARO MAEZ and DENNIS MAEZ,
d/b/a MRM TITLING COMPANY,

    Plaintiffs,

v.     Cause No.  13-CV-583 KG/LFG

MARGARET WILLIAMS, ANGEL MARTINEZ,
and SAMBA HOLDINGS, INC.

    Defendants.

### ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE PARTIES, DISMISS DEFENDANTS MARGARET WILLIAMS AND ANGEL MARTINEZ, WITH PREJUDICE, AND AMEND CAPTION

**THIS MATTER** came before the Court upon Defendants' Unopposed Motion to Substitute Parties, Dismiss Defendants Margaret Williams and Angel Martinez, With Prejudice, and Amend Caption.  The Court, being fully advised in the premises, **FINDS** that Defendant The State of New Mexico is substituted for Defendants Margaret Williams and Defendant Angel Martinez, Defendant Margaret Williams and Defendant Angel Martinez are dismissed with prejudice and the caption should be amended to reflect this substitution.

**IT IS THEREFORE ORDERED** that the above-entitled cause that The State of New Mexico is substituted for Defendants Margaret Williams and Defendant Angel Martinez, Defendant Margaret Williams and Defendant Angel Martinez are dismissed with prejudice and the caption should be amended to reflect this substitution.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

BRENNAN & SULLIVAN, P.A.

*/s/ Frank D. Weissbarth*
Frank D. Weissbarth
James P. Sullivan
128 East DeVargas
Santa Fe, New Mexico 87501
(505) 995-8514
*Attorneys for Defendants Margaret Williams and Angel Martinez*

Approved as to form:

*Approved via email 12/11/13*
David L. Plotsky, Esq.
David L. Plotsky Attorney at Law
122 Girard Blvd., SE
Albuquerque, NM  87106
(505) 268-0095
(505) 266-9585  FAX
plotlaw@verizon.net
  AND
Tuesday Kaasch, Esq.
508 Morningside Drive, SE
Albuquerque, NM  87106
tkaasch@olpatentlaw.com
*Attorney for Plaintiffs*

*Approved via email 12/11/13 by Ericka Englert*
Leslie McCarthy Apodaca, Esq.
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Post Office Box 1888
Albuquerque, NM  87103
lapodaca@rodey.com
         AND
Ericka F. Houck Englert
Charles W. Weese
Lewis, Bess, Williams & Weese, P.C.
1560 Broadway, Suite 1400
Denver, CO  80202
(303) 861-2828
eenglert@lewisbess.com
cweese@lewisbess.com
*Attorneys for Defendant Samba Holdings, Inc.*